UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LACEY-ANN STEWART, | ) | CAUSE NO. 1:23-cv-00543 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WAL-MART STORES EAST, LP, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF REMOVAL

Robert B. Thornburg, counsel for Defendant, Wal-Mart Stores East, LP, states:

1. On February 23, 2023, Plaintiff filed her Complaint for Damages and Request for Jury Trial against Defendant Walmart, Inc. in the Bartholomew County Circuit Court No. 1 of Indiana, under Cause No. 03C01-2302-CT-000934.

2. On March 24, 2023, Plaintiff filed her Motion for Leave to Amend Complaint naming the correct defendant Wal-Mart Stores East, LP, which Motion was granted on the same day.

3. Wal-Mart Stores East, LP, is a Delaware limited partnership, of which WSE Management, LLC is the general partner, and WSE Investment, LLC is the limited partner. The sole member of both WSE Management, LLC and WSE Investment, LLC is Wal-Mart Stores East, LLC, an Arkansas limited liability company whose sole member is Walmart, Inc. The principal place of business for all entities mentioned is Bentonville, Arkansas. Walmart, Inc., a Delaware corporation, is a publicly traded company on the New York Stock Exchange and traded under the symbol WMT. The principal place of business for Walmart, Inc. is Bentonville, Arkansas. No publicly traded entity owns more than 10% of Walmart, Inc.

4. Thus, for purposes of diversity jurisdiction, Wal-Mart Stores East, LP is a citizen of Delaware and Arkansas.

5. Plaintiff is a citizen of the State of Indiana.

6. Plaintiff claims she was injured as a result of the negligence of Wal-Mart Stores East, LP. Specifically, Plaintiff alleges that she slipped on something on the floor in the fruit aisle. She suffered a hairline fracture in her patella and strained some of the tendons in her knee. She was treated conservatively through bracing, ice, anti-inflammatories and PT. Thereafter, she claims that her kneecap slipped out of place on or about September 3, 2021, September 28, 2021 and October 3, 2021, and an orthopedic surgeon determined that surgery was necessary which was performed on November 1, 2022.

7. To date, Plaintiff's medical expenses exceed $34,000.00, and it is believed that due to Plaintiff's injuries she was unable to work for a period of time. Prior to commencement of this action, Plaintiff, through her counsel, made a settlement demand well in excess of the jurisdictional limit of this Court. Defendant's counsel contacted Plaintiff's counsel and solicited an agreement by way of stipulation that the amount in controversy did not exceed $75,000.00 and Plaintiff was unwilling to agree to such a stipulation to avoid removal. Thus, in light of the injuries claimed, the amount of the medical expenses, Plaintiff's demand, the matter in controversy exceeds $75,000.00, exclusive of interests and costs.

8. This action does not arise under the Workmen's Compensation laws of any state; is not brought against a common carrier or its receivers or trustees; and does not arise under 45 U.S.C. §§ 51-60. Therefore, this cause is removable to this Court under 28 U.S.C. § 1441(b).

9. This Notice of Removal is being filed with this Court within 30 days after receipt of the Complaint for Damages and Summons, so this case is now applicable for removal to this Court under 28 U.S.C. § 1441(b)(3).

10. In accordance with Local Rule 81-2, counsel for defendant Wal-Mart Stores East, LP verifies that a complete copy of the State Court Record is attached hereto as of the date of the filing of this removal. Promptly hereafter, written notice will be given to all adverse parties and to the Clerk of the Bartholomew County Circuit Court No. 1 of Indiana, that this Petition for Removal is being filed with this Court.

WHEREFORE, Defendant prays that the entire state court action, under Cause No. 03C01-2302-CT-000934, now pending in the Bartholomew County Circuit Court No. 1 of Indiana, be removed to this Court for all further proceedings.

Respectfully submitted,

FROST BROWN TODD LLP

By: */s/ Robert B. Thornburg*
Robert B. Thornburg, #19594-02
*Attorneys for Defendant Wal-Mart Stores East, LP*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 29th day of March, 2023, a copy of the foregoing was served electronically upon the following:

Rachel N. Woloshin, #30971-29
Samuel W. Hughes, #36556-29
CHURCH CHURCH HITTLE + ANTRIM
Two North Ninth Street
Noblesville, IN 46060
Email:  rwoloshin@cchalaw.com
Email:  shughes@cchalaw.com
*Attorney for Plaintiff*

                                                 */s/ Robert B. Thornburg*

FROST BROWN TODD LLP
111 Monument Circle, Suite 4500
PO Box 44961
Indianapolis, IN  46244-0961
317-237-3800
Fax: 317-237-3900
rthornburg@fbtlaw.com

LR08000.0767528   4891-5605-3082v1