UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LACEY-ANN STEWART, | ) | CAUSE NO. 1:23-cv-00543-RLY-MJD |
| Plaintiff, | ) | |
| v. | ) | |
| WAL-MART STORES EAST, LP, | ) | |
| Defendant. | ) | |

### ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Lacey Ann Stewart, and Defendant Wal-Mart Stores East, LP., by their respective counsel, having stipulated that said action shall be dismissed, with prejudice, and the Court, being duly advised, now orders that said action is hereby dismissed with prejudice, each party to bear his own costs.

SO ORDERED: __9/26/2023__

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution will be made electronically on all
ECF-registered counsel of record via email
generated by the court's ECF system.